UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSEPH VIGIL,

                Plaintiff,

v.

SGT. MAGUIRE et al.,

                Defendants.

Case No. 3:18-cv-00424-MMD-WGC

ORDER

**I.    DISCUSSION**

        On October 29, 2019, the Court issued a screening order staying this case and requiring the Attorney General's Office to inform the Court as to whether it would enter a limited notice of appearance on behalf of the only remaining Defendant, Sgt. Maguire, for the purpose of settlement. (ECF No. 9.) The Attorney General's Office responded that Maguire is no longer a state employee and that the Attorney General's Office cannot appear on his behalf, unless Maguire requests in writing that it do so. (ECF No. 11.) The Attorney General's Office has attempted to contact Maguire but has been unable to obtain authorization. (*Id.*) The Court inadvertently issued an order setting this case for an Inmate Early Mediation Conference. (ECF No. 12.) Because the Attorney General's Office cannot represent Maguire, an Inmate Early Mediation Conference is inappropriate for this case. Accordingly, the Court vacates its order setting the case for an Inmate Early Mediation Conference. This case will return to a normal litigation track.

        Plaintiff filed two motions requesting that the Court order the Attorney General's Office to provide Maguire's last known address. (ECF Nos. 13 and 14.) The motions appear to be identical, and the Court believes that the same motion was filed twice inadvertently. The Court grants Plaintiff's motions. The Attorney General's Office shall file, under seal, but not serve on Plaintiff, Maguire's last known address. If Maguire's last known address is a post office box, the Attorney General's Office shall attempt to obtain and provide Maguire's last known physical address. Once the Attorney General's Office

files Maguire's last known address, the Court will issue a service order.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Court's order setting this case for an Early Inmate Mediation Conference (ECF No. 12) is vacated.

IT IS FURTHER ORDERED that Plaintiff's motions (ECF Nos. 13, 14) requesting that Court require the Attorney General's Office to file Maguire's last known address are granted. By December 16, 2019, the Attorney General's Office shall file, under seal, but shall not serve Plaintiff, the information that it has about Maguire's last known address. If Maguire's last known address is a post office box, the Attorney General's Office shall attempt to obtain and provide Maguire's last known physical address.

IT IS FURTHER ORDERED that once the Attorney General's Office files Maguire's last known address, under seal, the Court will issue a service order and the case shall proceed along the normal litigation track.

DATED THIS 25th day of November 2019.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE