**UNITED STATES DISTRICT COURT**
                         **DISTRICT OF NEVADA**

| | | |
|---|---|---|
| JOSEPH VIGIL, | ) | 3:18-cv-00424-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | March 17, 2020 |
| SGT. MAGUIRE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Strike Defendant's Response at ECF No. 28 (ECF No. 29). Plaintiff contends Defendant's response to Plaintiff's Motion to Amend (ECF No. 28) should be stricken as it does not comply with the required format for filed documents in compliance with LR IA 10-2. Defendant has opposed Plaintiff's motion (ECF No. 31) and Plaintiff has replied (ECF No. 32).

The court has reviewed Defendant's response to Plaintiff's Motion to Amend (ECF No. 28) and finds that there is no violation.

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Defendant's Response at ECF No. 28 (ECF No. 29) is **DENIED**. Plaintiff's Motion to Amend (ECF No. 24) is in line for screening.

**IT IS FURTHER ORDERED** that all scheduling order deadlines set forth in the court's scheduling order (ECF No. 22) are **VACATED** to be re-set once the court issues its decision on Plaintiff's Motion to Amend (ECF No. 24).

                                          DEBRA K. KEMPI, CLERK

                                          By:  /s/
                                                Deputy Clerk