RESCH LAW, PLLC d/b/a Conviction Solutions
By: Jamie J. Resch
Nevada Bar Number 7154
2620 Regatta Dr., Suite 102
Las Vegas, Nevada, 89128
Telephone (702) 483-7360
Facsimile (800) 481-7113
Jresch@convictionsolutions.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH VIGIL,<br><br>    Plaintiff,<br><br>vs.<br><br>SGT. MAGUIRE, et al.<br><br>    Defendants. | Case No. 3:18-cv-00424-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME (First Request)** |

  Comes now Plaintiff, Joseph Vigil, by and through his attorney, Jamie J. Resch, and Defendants, Sgt. Maguire, et. al., by and through their attorney Stephen J. Avillo, and hereby stipulate to a sixty day extension of time, extending the due date to February 12, 2021, for Plaintiff to file a response to the Defendant's Motion for Summary Judgment (ECF #47) that is currently due December 14, 2020.

| | |
|---|---|
| DEPUTY ATTORNEY GENERAL | RESCH LAW, PLLC |
| *[signature]* | /s/ Jamie J. Resch |
| STEPHEN J. AVILLO | JAMIE J. RESCH |
| Attorney for Defendants | Attorney for Plaintiff |
| Dated this 3rd day of December, 2020 | Dated this 3rd day of December, 2020 |

1

**ORDER**

Based upon the foregoing stipulation between the parties, IT IS ORDERED that Plaintiff shall file a response to Defendant's Motion for Summary Judgment (ECF #47) by February 12, 2021.

IT IS SO ORDERED.

DATED this 3rd day of December , 2020.

*William G. Cobb*
_____
UNITED STATES MAGISTRATE JUDGE

2