1  AARON D. FORD
     Attorney General
2  STEPHEN J. AVILLO, Bar No. 11046
     Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1159
   E-mail:  savillo@ag.nv.gov
6
   *Attorneys for Defendant*
7  *Timothy Maguire*

8                       **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10 | JOSEPH VIGIL,                    |                               |
   |                                  | Case No.  3:18-cv-00424-MMD-WGC |
11 |           Plaintiff,             |                               |
   |                                  |                               |
12 | v.                               | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY TO RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 57) (FIRST REQUEST)** |
13 | SGT. MAGUIRE, et al.,            |                               |
   |                                  |                               |
14 |           Defendants             |                               |

15         Comes now Plaintiff, Joseph Vigil, by and through his attorney, Jamie J. Resch, and Defendant,

16 Timothy Maguire, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada,

17 and Stephen J. Avillo, Deputy Attorney General, hereby stipulate to a 14-day extension of time for

18 Defendant to file a Reply to Plaintiff's "Response to Defendant's Motion for Summary Judgment (ECF

19 #47)" (ECF No. 57), extending the deadline for the Reply to March 11, 2021.

20         DATED this 25th day of February, 2021          DATED this 24th day of February, 2021

21         ___/s/Stephen J. Avillo___                      ___/s/ Jamie J. Resch___
           STEPHEN J. AVILLO, Bar No. 11046                JAMIE J. RESCH, Bar No. 7154
22         Deputy Attorney General                         *Attorney for Plaintiff*
           *Attorney for Defendant*
23

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

                                                  1

**ORDER**

Based on the foregoing stipulation between the parties, IT IS ORDERED that the deadline for Defendant to file a Reply to Plaintiff's "Response to Defendant's Motion for Summary Judgment (ECF #47)" (ECF No. 57) is March 11, 2021.

DATED this 26th day of February, 2021

_____
United States Magistrate Judge