AARON D. FORD
  Attorney General
STEPHEN J. AVILLO, Bar No. 11046
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: savillo@ag.nv.gov

*Attorneys for Defendant
Timothy Maguire*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH VIGIL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SGT. MAGUIRE, et al.,<br><br>　　　　　　Defendants | Case No. 3:18-cv-00424-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY TO RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 57) (SECOND REQUEST)** |

Comes now, Plaintiff, Joseph Vigil, by and through his attorney, Jamie J. Resch, and Defendant, Timothy Maguire, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Stephen J. Avillo, Deputy Attorney General, hereby stipulate to a 29-day extension of time for Defendant to file a Reply to Plaintiff's "Response to Defendant's Motion for Summary Judgment (ECF #47)" (ECF No. 57), extending the deadline for the Reply to April 9, 2021. This extension is stipulated to for the purpose of allowing settlement discussions between the parties.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Based on the foregoing stipulation between the parties, IT IS ORDERED that the deadline for Defendant to file a Reply to Plaintiff's "Response to Defendant's Motion for Summary Judgment (ECF #47)" (ECF No. 57) is April 9, 2021.

<table>
<tr><td></td><td>AARON D. FORD<br>Attorney General</td></tr>
<tr><td>DATED this 10th day of March, 2021</td><td>DATED this 10th day of March, 2021</td></tr>
<tr><td>By:    /s/Stephen J. Avillo<br>STEPHEN J. AVILLO, Bar No. 11046<br>Deputy Attorney General<br>*Attorney for Defendant*</td><td>By:    /s/ Jamie Resch<br>JAMIE J. RESCH, Bar No. 7154<br>*Attorney for Plaintiff*</td></tr>
</table>

**IT IS SO ORDERED.**

*William G. Cobb*
**U.S. MAGISTRATE JUDGE**

**DATED:** March 12, 2021.