AARON D. FORD
Attorney General
STEPHEN J. AVILLO, Bar No. 11046
Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: savillo@ag.nv.gov

*Attorneys for Defendant*
*Timothy Maguire*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH VIGIL,<br><br>                Plaintiff,<br><br>v.<br><br>SGT. MAGUIRE, et al.,<br><br>                Defendants | Case No.  3:18-cv-00424-MMD-WGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO REPLY TO RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 57) (THIRD REQUEST)** |

Comes now, Plaintiff, Joseph Vigil, by and through his attorney, Jamie J. Resch, and Defendant, Timothy Maguire, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Stephen J. Avillo, Deputy Attorney General, hereby stipulate to a 28-day extension of time for Defendant to file a Reply to Plaintiff's "Response to Defendant's Motion for Summary Judgment (ECF #47)" (ECF No. 57), extending the deadline for the Reply to May 7, 2021. This extension is stipulated to because the parties have tentatively reached a settlement agreement in this case but require additional time to draft and execute the settlement documents.

| | |
|---|---|
| DATED this 9th day of April, 2021<br><br>____/s/Stephen J. Avillo_____<br>STEPHEN J. AVILLO, Bar No. 11046<br>Deputy Attorney General<br>*Attorney for Defendant* | DATED this 9th day of April, 2021<br><br>_____/s/ Jamie Resch_____<br>JAMIE J. RESCH, Bar No. 7154<br>*Attorney for Plaintiff* |

/ / /

/ / /

1

1  
2       Based on the foregoing stipulation between the parties, IT IS ORDERED that the deadline for
3  Defendant to file a Reply to Plaintiff's "Response to Defendant's Motion for Summary Judgment (ECF
4  #47)" (ECF No. 57) is May 7, 2021.
5  
6                                  **IT IS SO ORDERED.**
7                                  *William G. Cobb*
                                    _____
8                                  **U.S. MAGISTRATE JUDGE**
9                                  **DATED:** __April 12_____, **2021.**