AARON D. FORD
  Attorney General
STEPHEN J. AVILLO, Bar No. 11046
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: savillo@ag.nv.gov

*Attorneys for Defendant*
*Timothy Maguire*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH VIGIL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SGT. MAGUIRE, et al.,<br><br>　　　　　Defendants | Case No. 3:18-cv-00424-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　　　Plaintiff Joseph Vigil, by and through counsel, Jamie J. Resch, and Defendant, Timothy Maguire, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Stephen J. Avillo, Deputy Attorney General, hereby stipulate and agree that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed upon by the parties.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

\* \* \*

DATED this 3 day of May, 2021.        DATED this 27th day of April, 2021.

                                                                  AARON D. FORD
                                                                  Attorney General

By: /s/ Jamie J. Resch                    By: /s/ Stephen J. Avillo
     JAMIE J. RESCH                               STEPHEN J. AVILLO
     *Attorney for Plaintiff*                          Deputy Attorney General
                                                                      *Attorneys for Defendants*


IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

DATED: 5/4/2021

2

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that |
| 3 | on this 3rd day of May, 2021, I caused to be served a copy of the foregoing, **STIPULATION AND** |
| 4 | **ORDER TO DISMISS WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing to: |
| 5 | |
| 6 | Jaime J. Resch, Bar No. 7154<br>Resch Law, PLLC d/b/a Conviction Solutions |
| 7 | 2620 Regatta Dr., Suite 102<br>Las Vegas, NV 89128 |
| 8 | Telephone (702) 483-7113<br>Facsimile (800) 481-7113 |
| 9 | Jresch@convictionsolutions.com |
| 10 | |
| 11 | |
| 12 | |
| 13 |                                                    */s/Perla M. Hernandez*<br>An employee of the Office<br>of the Attorney General |